166 A.3d 230

XIAOBING WANG, PLAINTIFF–RESPONDENT, v. JIAN ZHANG
AND TIANLE LI, DEFENDANTS–PETITIONERS.

April 5, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–003899–14 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.

It is further ORDERED that the temporary stay entered on March 21, 2017, pursuant to *Rule* 2:9–8, is hereby vacated.

The emergent application filed by the Guardian ad Litem on April 4, 2017 (S–93–16), seeking clarification of the March 21, 2017 stay and other interim relief, is dismissed as moot.